# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 16-cv-01647-SGB |
| v. | ) ) Chief Judge Susan G. Braden |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| UNISYS CORPORATION, | ) ) |
| Intervenor-Defendant. | ) ) |

## REVISED JOINT CLAIM CONSTRUCTION STATEMENT AND CHART

In accordance with the Court's March 7, 2018 conference instructions (ECF No. __), Plaintiffs Mynette Technologies, Inc. and Steven M. Colby, Defendant the United States, and Intervenor-Defendant Unisys Corporation ("Unisys") (collectively "Defendants") (collectively, "the Parties") provide this Revised Joint Claim Construction Chart.

The patents at issue are U.S. Patent Nos. 7,719,425 ("the '425 patent"); 7,924,156 ("the '156 patent"); 9,524,458 ("the '458 patent"); and 9,569,777 ("the '777 patent") (collectively "the Patents-in-Suit"). The Parties' Revised Joint Claim Construction Chart includes the Parties' respective interpretations of claim terms and phrases, and identification of references from the specification, prosecution history, and extrinsic evidence in support thereof.

Attached as Exhibit A are those terms and their constructions for which the Parties could reach agreement. Attached as Exhibit B are those terms for which there remains a dispute that would benefit from the Court's consideration. These positions reflect the outcome of the parties'

1

continued conferences and negotiations since the February 8, 2018 claim construction hearing and March 7, 2018 telephonic status conference.

Dated: March 16, 2018                                  Respectfully Submitted,

                                                       /s/
                                                       Robert J. Yorio
                                                       CARR & FERRELL LLP
                                                       120 Constitution Drive
                                                       Menlo Park, California 94025
                                                       Telephone:  (650) 812-3400
                                                       Facsimile:   (650) 812-3444

                                                       *Counsel for Plaintiffs*
                                                       *Mynette Technologies, Inc. and*
                                                       *Steven M. Colby*

                                                       CHAD A. READLER
                                                       Acting Assistant Attorney General

OF COUNSEL:
                                                       GARY HAUSKEN
CONRAD DEWITTE                                         Director, Intellectual Property Staff
Department of Justice

                                                       By: /s/
                                                       MICHEL E. SOUAYA
                                                       Commercial Litigation Branch
                                                       Civil Division
                                                       Department of Justice
                                                       Washington, DC  20530
                                                       Telephone: (202) 307-0334
                                                       Facsimile: (202) 307-0345
                                                       E-Mail:  michel.e.souaya@usdoj.gov

                                                       *Counsel for Defendant, the United States*

                                                       By: /s/
                                                       Goutam Patnaik
                                                       David Shaw
                                                       Pepper Hamilton LLP
                                                       Suite 500
                                                       600 14th Street, NW
                                                       Washington, DC 20005
                                                       Telephone: (202) 220-1207
                                                       Facsimile: (866) 454-7740
                                                       Email: Unisys_COFC@pepperlaw.com

2

*Counsel for Intervenor Unisys Corporation*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served this 16th day of March, 2018 via ECF filing with the Court, on the following person(s):

Michel Souaya
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Telephone No.: (202) 307-0334
Facsimile No.: (202) 307-0345
Email Address: Michel.e.souaya@usdoj.gov
  *Counsel for United States*

Goutam Patnaik
Pepper Hamilton LLP
600 14th Street, NW, Suite 500
Washington, DC 20005
Telephone No.: (202) 220-1207
Facsimile No.: (866) 454-7740
Email Address: Unisys_COFC@pepperlaw.com
  *Counsel for Unisys Corporation*

*/s/*
Robert J. Yorio
CARR & FERRELL LLP

120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

*Counsel for Plaintiffs*
*Mynette Technologies, Inc. and Steven M. Colby*