**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |  |
|---|---|---|
| MYNETTE TECHNOLOGIES, INC.<br>and STEVEN M. COLBY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>UNISYS CORPORATION,<br><br>Intervenor-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 16-cv-01647-SGB<br><br>Senior Judge Susan G. Braden |

**JOINT STATEMENT OF COMPLIANCE
WITH MANDATORY SETTLEMENT DISCUSSIONS**

Plaintiff Mynette Technologies, Inc., Defendant the United States and Intervenor-Defendant Unisys Corporation provide the following Joint Statement of Compliance with mandatory settlement discussions pursuant to Rule 17 of the Patent Rules of the United States Court of Federal Claims ("PRCFC").

The Parties confirm that they met and conferred by telephone on the subject of settlement within seven (7) days after entry of the Court's Claim Construction Opinion and Order, issued on August 17, 2018 (ECF No. 68) in compliance with PRCFC 16(a).  Settlement discussions among the Parties have been conducted since that date and are continuing.  The Parties agree that it

would be appropriate for them to engage in informal discovery relating to the exchange of documents which they believe may facilitate more detailed and informed settlement discussions. To this end, the Parties believe they will need 60 days within which to exchange, review and discuss such documents and will report back to the Court on the status of settlement no later than October 31, 2018, or earlier if the discussions are successful.

Dated:August 31, 2018                                          Respectfully Submitted,


                                                               By: */s/ Robert J. Yorio*
                                                               Robert J. Yorio
                                                               CARR & FERRELL LLP
                                                               120 Constitution Drive
                                                               Menlo Park, California 94025
                                                               Telephone:  (650) 812-3400
                                                               Facsimile:   (650) 812-3444

                                                               *Counsel for Plaintiff Mynette Technologies, Inc.*


OF COUNSEL:                                                    CHAD A. READLER
                                                               Acting Assistant Attorney General
CONRAD J. DeWITTE, JR.
Department of Justice                                          GARY HAUSKEN
                                                               Director, Intellectual Property Staff


                                                               By: */s/ Michel E. Souaya*
                                                               Michel E. Souaya
                                                               Commercial Litigation Branch
                                                               Civil Division
                                                               Department of Justice
                                                               Washington, DC  20530
                                                               Telephone: (202) 307-0334
                                                               Facsimile: (202) 307-0345
                                                               E-Mail:  michel.e.souaya@usdoj.gov

                                                               *Counsel for Defendant, the United States*

By: /s/ *Goutam Patnaik*
Goutam Patnaik
David Shaw
Pepper Hamilton LLP
600 14th Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 220-1207
Facsimile: (866) 454-7740
Email: Unisys_COFC@pepperlaw.com

*Counsel for Intervenor Unisys Corporation*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served this 31st day of August 2018 via ECF

filing with the Court, on the following person(s):


Michel Souaya
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Telephone No.:  (202) 307-0334
Facsimile No.: (202) 307-0345
Email Address: Michel.e.souaya@usdoj.gov
*Counsel for the United States*

Goutam Patnaik
Pepper Hamilton LLP
600 14th Street, NW, Suite 500
Washington, DC 20005
Telephone No.:  (202) 220-1207
Facsimile No.:  (866) 454-7740
Email Address: Unisys_COFC@pepperlaw.com
*Counsel for Unisys Corporation*


        */s/ Robert J. Yorio*
Robert J. Yorio
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444

*Counsel for Plaintiff Mynette Technologies, Inc.*