# In the United States Court of Federal Claims

No. 16-1647C
(Filed: October 17, 2019)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
MYNETTE TECHNOLOGIES, INC.                      *
and STEVEN M. COLBY                             *
                                                *
            Plaintiffs,                         *
                                                *
      v.                                        *
                                                *
THE UNITED STATES,                              *
                                                *
            Defendant.                          *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 11, 2019, Gemalto, Inc. ("Gemalto") filed an unopposed motion for permissive intervention in the above-captioned matter. Gemalto alleges that it supplies components of certain accused ePassports products to the Government. Gemalto alleges that intervention is necessary to protect its proprietary information and interests in this action. Gemalto's motion for permissive intervention is **GRANTED** and its Answer to Plaintiff's Second Amended Complaint is accepted for filing this date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Senior Judge**