# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> GEMALTO, INC. and IDEMIA IDENTITY & SECURITY USA LLC, <br><br> Intervenor-Defendants. | Case No. 16-cv-01647-RTH <br><br> Judge Ryan T. Holte |

## JOINT MOTION TO AMEND CASE SCHEDULE

Plaintiffs Mynette Technologies, Inc. and Steven M. Colby (collectively, "Mynette"), Defendant, the United States ("the Government"), and Intervenor-Defendants Gemalto, Inc. ("Gemalto") and Idemia Identity and Security USA LLC ("Idemia") (collectively, "the Parties") respectfully submit this Joint Motion to Amend Case Schedule.

The Parties have jointly agreed upon the following amended schedule for consideration by the Court, and respectfully move the court to adopt this case schedule. The Parties submit that good cause exists for this proposed schedule amendment. The Parties have noticed numerous party and non-party depositions and conducted some of these depositions, and the deadlines proposed herein will allow the parties to complete the remaining depositions while accommodating the schedule of counsel and the witnesses. Additionally, the Government has learned that certain documents requested from the Department of Homeland Security implicate "sensitive

information" requiring additional and time-consuming security and confidentiality protocols, which must be followed before these documents can be produced. Additionally, because the witnesses being deposed in this case are located across the country and in some cases overseas, the parties submit that global health concerns surrounding the COVID-19 pandemic present an additional reason to extend the present case schedule. Given the continued uncertainty surrounding the COVID-19 pandemic at this time, the Parties reserve the right to seek further extensions under the schedule if appropriate.

Accordingly, for the reasons set forth herein, the parties respectfully request that the Court adopt the following schedule:

| Event | Proposed Date | Current Date |
|---|---|---|
| Close of fact discovery, including for damages-related fact discovery. The Parties have agreed that no new discovery requests will be served. Previously noticed depositions are permitted and the parties may follow up on previously propounded discovery requests. | May 28, 2021 | March 12, 2021 |
| RCFC 26(a)(2)(A) disclosure of experts and CVs (except for damages) | June 18th | April 2, 2021 |
| Exchange of RCFC 26(a)(2)(B) opening expert reports on issues upon which the parties carry the burden of proof (except for damages) | August 27, 2021 | June 11, 2021 |
| Exchange of RCFC 26(a)(2)(B) responsive expert reports (except for damages) | October 8, 2021 | July 23, 2021 |

| Event | Proposed Date | Current Date |
|---|---|---|
| Close of expert discovery (for all issues other than damages) | October 26, 2021 | August 10, 2021 |
| Deadline for Dispositive Motions Under RCFC 56 | December 14, 2021 | September 21, 2021 |
| Deadline for Responses to Dispositive Motions | January 18, 2022 | October 19, 2021 |
| Deadline for Replies to Dispositive Motions | February 1, 2022 | November 2, 2021 |
| Pretrial Conference | Not Set | Not Set |
| Trial on liability (10 days) | Not Set | Not Set |

Respectfully submitted,

By:  /s/ Robert J. Yorio
Robert J. Yorio
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone:   (650) 812-3400
Facsimile:   (650) 812-3444
Email:  yorio@carrferrell.com

*Counsel for Plaintiffs,
Mynette Technologies, Inc. and
Steven M. Colby*

April 6, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

GARY L. HAUSKEN
Director

 /s/ Michel E. Souaya
MICHEL E. SOUAYA
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C.  20530
michel.e.souaya@usdoj.gov
Telephone:  (202) 307-0334

*Of Counsel:*
CONRAD J. DeWITTE, JR.
Department of Justice

COUNSEL FOR THE DEFENDANT,
THE UNITED STATES

April 6, 2021

By:    /s/ *Edward D. Johnson*
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real,
Palo Alto, California 94306
Telephone:   (650) 331-2000
Email: wjohnson@mayerbrown.com

*Counsel for Third-Party Defendant,
Gemalto, Inc.*

April 6, 2021

By:     */s/ Richard L. Brophy*
Richard L. Brophy
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Email: rbrophy@atllp.com

*Counsel for Third-Party Defendant,
Idemia Identity & Security USA LLC*

April 6, 2021