## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>　　　　　Defendant,<br><br>and<br><br>GEMALTO, INC. and IDEMIA IDENTITY & SECURITY USA LLC,<br><br>　　　　　Intervenor-Defendants. | Case No. 16-cv-01647-RTH<br><br>Judge Ryan T. Holte |

## JOINT MOTION TO AMEND CASE SCHEDULE

Plaintiffs Mynette Technologies, Inc. ("Mynette") and Steven M. Colby, Defendant, the United States ("the Government"), and Intervenor-Defendants Gemalto, Inc. ("Gemalto") and Idemia Identity and Security USA LLC ("Idemia") (collectively, "the Parties") respectfully submit this Joint Motion to Amend Case Schedule.

The Parties have jointly agreed that case schedule should be extended to accommodate additional remaining discovery matters. The Parties have further agreed upon the following amended schedule for consideration by the Court, and respectfully move the Court to adopt this case schedule. For the reasons that follow, the Parties submit that good cause exists for this proposed schedule amendment.

First, the Parties have continued to confer and reach agreement related to certain discovery issues raised in the last Joint Motion (ECF No. 120). The Parties have also produced a number of

the documents referenced in their last Joint Motion (ECF No. 120), and are currently in the process of finalizing additional productions and written discovery responses, and agree that a short extension is needed to complete them. For instance, Plaintiffs requested certain additional documents and things, to include financial reports updated through the end of the last Government fiscal year (which ended September 30th, 2021), from the Department of State and the Government Publishing Office that were identified in recent depositions. These agencies have advised that it takes 6-9 weeks after the end of the fiscal year to reconcile and finalize their financials for that fiscal year. Thus the Government does not anticipate being able to produce such updated information until mid-to-late November. Therefore, the Government requires additional time within which to collect, review and produce these documents. Plaintiffs and Gemalto also anticipate producing additional documents.

Second, the Parties have met and conferred about the impact that Mr. Yorio's ownership interest in Mynette has any on the Protective Order and scope of discovery in this case. As referenced in the last Joint Motion (ECF No. 120), the parties have agreed to a deposition of Mr. Yorio and an additional deposition of plaintiff Steven M. Colby, and further agree that the short, requested extension is needed so that Plaintiffs can complete their document production and privilege log prior to those depositions taking place. In addition, Plaintiffs have recently filed a motion concerning the Protective Order issue (ECF No. 122), which includes a declaration from Mr. Yorio.

Further, Gemalto has served the additional discovery it referenced in the last Joint Motion (ECF No. 120), and the requested extension is needed to accommodate the schedule of third-party witnesses and their counsel.

-3-

The deadlines proposed herein will allow the parties to complete depositions, produce outstanding documents and things, and resolve any remaining discovery disputes, all while accommodating the schedule of counsel and the witnesses.

Accordingly, for the reasons set forth herein, the parties respectfully request that the Court adopt the following schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of fact discovery, including for damages-related fact discovery. | October 22, 2021 | December 3, 2021 |
| RCFC 26(a)(2)(A) disclosure of experts and CVs (except for damages) | November 12, 2021 | December 22, 2021 |
| Exchange of RCFC 26(a)(2)(B) opening expert reports on issues upon which the parties carry the burden of proof (except for damages) | January 21, 2022 | March 11, 2022 |
| Exchange of RCFC 26(a)(2)(B) responsive expert reports (except for damages) | March 4, 2022 | April 20, 2022 |
| Close of expert discovery (for all issues other than damages) | March 25, 2022 | May 13, 2022 |
| Deadline for Dispositive Motions Under RCFC 56 | May 20, 2022 | June 29, 2022 |
| Deadline for Responses to Dispositive Motions | June 17, 2022 | July 29, 2022 |
| Deadline for Replies to Dispositive Motions | July 1, 2022 | August 12, 2022 |
| Pretrial Conference | Not Set | Not Set |
| Trial on liability (10 days) | Not Set | Not Set |

-4-

Respectfully submitted,

By: ___/s/ *Robert J. Yorio*___
Robert J. Yorio
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone:     (650) 812-3400
Facsimile:      (650) 812-3444
Email:  yorio@carrferrell.com

*Counsel for Plaintiffs,*
*Mynette Technologies, Inc. and*
*Steven M. Colby*

October 15, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

GARY L. HAUSKEN
Director

 ___/s/ *Michel E. Souaya*___
MICHEL E. SOUAYA
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C.  20530
michel.e.souaya@usdoj.gov
Telephone:  (202) 307-0334

*Of Counsel:*
CONRAD J. DeWITTE, JR.
Department of Justice

COUNSEL FOR THE DEFENDANT,
THE UNITED STATES

October 15, 2021


By: ___/s/ *Edward D. Johnson*___
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real,
Palo Alto, California 94306
Telephone:     (650) 331-2000
Email:  wjohnson@mayerbrown.com

*Counsel for Third-Party Defendant,*
*Gemalto, Inc.*

October 15, 2021


By: _____/s/ *Richard L. Brophy*___
Richard L. Brophy
ARMSTRONG TEASDALE LLP

-5-

> 7700 Forsyth Blvd., Suite 1800
> St. Louis, Missouri 63105
> Telephone: (314) 621-5070
> Email:  rbrophy@atllp.com
>
> *Counsel for Third-Party Defendant,*
> *Idemia Identity & Security USA LLC*
>
> October 15, 2021

744285294.1