# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MYNETTE TECHNOLOGIES, INC.<br>and STEVEN M. COLBY,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>GEMALTO, INC. and IDEMIA IDENTITY<br>& SECURITY USA LLC,<br><br>    Intervenor-Defendants. | Case No. 16-cv-01647-RTH<br><br>Judge Ryan T. Holte |

**JOINT MOTION TO**
**ENLARGE TIME TO FILE OPPOSITION AND REPLY**

The parties file this Motion to enlarge the time within which Plaintiffs will have to file an Opposition to the Government's and Intervenor-Defendants' Joint Motion for Terminating Sanctions (ECF 125) filed on October 25, 2021 and to enlarge the Defendants' time within which to file their Reply to that Opposition. RCFC 6.1. This Motion seeks to enlarge the time for filing Plaintiffs' Opposition by four (4) days and Defendants' Reply by four (4) days. No previous requests for enlargement have been made with respect to the Defendants' Joint Motion.

The reason for this request is that Plaintiffs' Reply in support of their Motion to Preclude (ECF 122) was due and filed seven (7) days after the filing of the Defendants' Joint Motion on

1

November 1, 2021. (ECF 127). As a result, Plaintiffs' attention to the Opposition to the Defendants' Joint Motion was delayed for a week. Given the filing of the Motion on October 25, 2021, Plaintiffs' Opposition is presently due on November 8, 2021 and Defendants' Reply is due on November 15, 2021.

Plaintiffs requested a 4-day extension from Defendants within which to file their Opposition and the Defendants agreed to the requested extension contingent upon their being granted an extension of the same length of time within which to file their Reply to Plaintiffs' Opposition. With this enlargement, the filing deadline for Plaintiffs' Opposition will be November 12, 2021 and the filing deadline for Defendants' Reply will be November 23, 2021.

Respectfully submitted,

By:   */s/ Robert J. Yorio*
Robert J. Yorio
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone:   (650) 812-3400
Email:  yorio@carrferrell.com

*Counsel for Plaintiffs,*
*Mynette Technologies, Inc. and*
*Steven M. Colby*

November 5, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

GARY L. HAUSKEN
Director

  */s/ Michel E. Souaya*
MICHEL E. SOUAYA
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
michel.e.souaya@usdoj.gov
Telephone: (202) 307-0334

*Of Counsel:*
CONRAD J. DeWITTE, JR.
Department of Justice

*Counsel for the Defendant,*
*The United States*

November 5, 2021

By:    /s/ *Edward D. Johnson*
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real,
Palo Alto, California 94306
Telephone:    (650) 331-2000
Email: wjohnson@mayerbrown.com

*Counsel for Third-Party Defendant,*
*Gemalto, Inc.*

November 5, 2021


By:    /s/ Richard L. Brophy
Richard L. Brophy
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:    (314) 621-5070
Email: rbrophy@atllp.com

*Counsel for Third-Party Defendant,*
*Idemia Identity & Security USA LLC*

November 5, 2021

# **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served this 5th day of November 2021 through the Court's ECF filing system.

                                        */s/ Robert J. Yorio*
                                        Robert J. Yorio
                                        CARR & FERRELL LLP
                                        120 Constitution Drive
                                        Menlo Park, California 94025
                                        Telephone: (650) 812-3400

                                        *Counsel for Plaintiffs*
                                        *Mynette Technologies, Inc. and Steven M. Colby*