# In the United States Court of Federal Claims

No. 16-1647

(Filed: 8 November 2021)

```
*************************************
MYNETTE TECHNOLOGIES, INC.,          *
AND STEVEN M. COLBY,                 *
                                     *
            Plaintiffs,              *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant,               *
                                     *
GEMALTO, INC.,                       *
                                     *
            Third-party defendant,   *
                                     *
and                                  *
                                     *
IDEMIA IDENTITY & SECURITY           *
USA, LLC,                            *
                                     *
            Third-party defendant.   *
                                     *
*************************************
```

## ORDER

      On 5 November 2021, the parties filed a joint motion to enlarge the briefing schedule on the defendants' joint motion for terminating sanctions, ECF No. 125. *See* Joint Mot. to Enlarge Time, ECF No. 128. The parties request the extension due to the overlap with the briefing schedule for plaintiffs' motion to preclude, ECF No. 122. *Id.* at 1–2. All parties consent to the enlargement of time. *Id.* at 2.

      For good cause shown, the Court **GRANTS** the parties' joint motion to enlarge plaintiffs' time to file a response to the defendants' joint motion for terminating sanctions, ECF No. 125, and to enlarge the defendants' time within which to file a reply. Plaintiffs **SHALL FILE** a response to the defendants' motion for terminating sanctions on or before **12 November 2021**. The defendants **SHALL FILE** a reply on or before **23 November 2021**.

      **IT IS SO ORDERED.**

- 2 -

                                                          s/ Ryan T. Holte  
                                                        RYAN T. HOLTE  
                                                        Judge