# In the United States Court of Federal Claims

No. 16-1647

(Filed: 3 February 2022)

***************************************

MYNETTE TECHNOLOGIES, INC.
AND STEVEN M. COLBY,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant,

GEMALTO, INC.,

        Third-Party Defendant,

and

IDEMIA IDENTITY & SECURITY USA, LLC,

        Third-Party Defendant.

***************************************

## ORDER

As agreed by counsel for the parties, the Court will hold a sealed telephonic status conference on **8 March 2022 at 10:30 a.m. (EST)**. The Court will separately send instructions for joining the call.

**IT IS SO ORDERED.**

                                          s/ Ryan T. Holte
                                          RYAN T. HOLTE
                                          Judge