# In the United States Court of Federal Claims

No. 16-1647

(Filed: 24 May 2022)

```
*************************************
MYNETTE TECHNOLOGIES, INC.          *
AND STEVEN M. COLBY,                *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant,              *
                                    *
GEMALTO, INC.,                      *
                                    *
            Third-Party Defendant,  *
                                    *
and                                 *
                                    *
IDEMIA IDENTITY & SECURITY          *
USA, LLC,                           *
                                    *
            Third-Party Defendant.  *
                                    *
*************************************
```

## ORDER

As agreed by counsel for the parties, the Court will hold oral argument on **14 June 2022 at 2:00 p.m. (EDT)** at the Howard T. Markey National Courts Building, 717 Madison Pl., NW, Washington, DC 20439.

**IT IS SO ORDERED.**

s/ Ryan T. Holte<br>
RYAN T. HOLTE<br>
Judge