## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>THE UNITED STATES <br><br>　　　　Defendant, <br><br>IDEMIA IDENTITY & SECURITY USA LLC <br><br>　　　　Third-Party Defendant, <br><br>and <br><br>GEMALTO, INC. <br><br>　　　　Third-Party Defendant. | Case No. 16-cv-01647-RTH <br><br> Judge Ryan T. Holte |

### MOTION FOR PRO HAC VICE PARTICIPATION OF MARC W. VANDER TUIG

Pursuant to Rules 83.1 and 82.2(b) of the Rules of the Court of Federal Claims ("RCFC"), Third-Party Defendant Idemia Identity & Security USA, LLC ("Idemia") hereby moves to allow Marc W. Vander Tuig to participate *pro hac vice*, on behalf of Idemia, in any future proceedings held before the Honorable Ryan T. Holte.

In compliance with RCFC 83.1, Mr. Vander Tuig is admitted to the bar of this Court and is a member of good standing.

Dated: May 27, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Richard L. Brophy*
　　　　　　　　　　　　　　　　　　　　Richard L. Brophy – Attorney of Record
　　　　　　　　　　　　　　　　　　　　rbrophy@atllp.com

Marc W. Vander Tuig
mvandertuig@atllp.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
(314) 621-5070 (telephone)
(314) 621-5065 (facsimile)

*Attorneys for Third-Party Defendant*
**Idemia Identity & Security USA LLC**

## CERTIFICATE OF SERVICE

  I, Richard L. Brophy, hereby certify that on May 27, 2022, a true and correct copy of the above and foregoing was e-filed and via the court's CM/ECF system, to be served electronically on all counsel of record in this matter.

                       */s/ Richard L. Brophy*