# In the United States Court of Federal Claims

No. 16-1647
(Filed: 13 June 2022)

```
*************************************
MYNETTE TECHNOLOGIES, INC.           *
AND STEVEN M. COLBY,                 *
                                     *
            Plaintiffs,              *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant,               *
                                     *
GEMALTO, INC.,                       *
                                     *
            Third-Party Defendant,   *
                                     *
and                                  *
                                     *
IDEMIA IDENTITY & SECURITY           *
USA, LLC,                            *
                                     *
            Third-Party Defendant.   *
                                     *
*************************************
```

## ORDER

As agreed by counsel for the parties, the Court **RESCHEDULES** tomorrow's sealed oral argument to **14 June 2022 at 1:00 p.m. (EDT)**, an hour sooner than previously scheduled, at the Howard T. Markey National Courts Building, 717 Madison Pl., NW, Washington, DC 20439.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge