# In the United States Court of Federal Claims

MYNETTE TECHNOLOGIES, INC., ) 
AND STEVEN M. COLBY, )
          Plaintiff, )
)   No. 16-cv-01647
v. )
)   Judge Ryan T. Holte
THE UNITED STATES, )
          Defendant. )

## NOTICE OF CHANGE OF ADDRESS

Please take notice that my address and/or contact information has changed. My new address and contact information are:

Robert J. Yorio
Name

411 Borel Avenue, Suite 603
Address

San Mateo, CA  94402
City, State, ZIP

(650) 812-3400
Telephone Number

yorio@carrferrell.com
E-mail Address

/s/ Robert J. Yorio
(Signature of Plaintiff)

September 6, 2022
(Date)