# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 16-cv-01647-RTH |
| v. ) ) | Judge Ryan T. Holte |
| THE UNITED STATES, ) ) | |
| Defendant, ) ) | |
| and ) ) | |
| GEMALTO, INC. and IDEMIA IDENTITY & SECURITY USA LLC, ) ) ) | |
| Intervenor-Defendants. ) ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT SUBMISSIONS**

WHEREAS, on December 5, 2022, the Court issued an Opinion and Order granting-in-part Defendants' Motion for Sanctions. (ECF No. 153)

WHEREAS, in the Opinion and Order, the Court ordered the parties to, *inter alia*, jointly (i) file a motion to vacate the Court's protective order (ECF No. 74) by December 19, 2022, (ii) file a stipulated amended protective order including a covenant not to sue consistent with the Opinion and Order by December 19, 2022, and (iii) file a joint status report proposing a timeline for further proceedings consistent with the Court's Opinion and Order by January 4, 2023.

WHEREAS, the Court has granted several joints requests for extensions of those dates, and the current deadlines are: the deadline for the Joint Motion to Vacate the Protective Order and

1

Stipulated Amended Protective Ordering containing a covenant not to sue is February 3, 2023; and the deadline for a joint status report proposing a timeline for further proceedings is February 8, 2023.  *See* 1/20/23 Court Order.

WHEREAS, the parties jointly make this request because the parties are continuing to negotiate the proposed covenant and believe that more time would potentially allow the parties to reach agreement or otherwise narrow the issues.

THEREFORE, Plaintiffs, Defendant, and Third Party Defendants respectfully request that the Court grant their joint request for an enlargement of time.  With this enlargement, the deadline for the Joint Motion to Vacate the Protective Order and Stipulated Amended Protective Ordering containing a covenant not to sue will be February 17, 2023, and the deadline for a joint status report proposing a timeline for further proceedings will be February 24, 2023.

Respectfully submitted,

By:  /s/
Robert J. Yorio
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone:   (650) 812-3400
Facsimile:    (650) 812-3444
Email:  yorio@carrferrell.com

*Counsel for Plaintiffs,*
*Mynette Technologies, Inc. and*
*Steven M. Colby*

February 3, 2023

BRIAM M. BOYNTON
Principal Deputy Assistant Attorney General

GARY L. HAUSKEN
Director

  /s/
MICHEL E. SOUAYA
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C.  20530
michel.e.souaya@usdoj.gov
Telephone:    (202) 307-0334

*Of Counsel:*
CONRAD J. DeWITTE, JR.
Department of Justice

2

COUNSEL FOR THE DEFENDANT,
THE UNITED STATES

February 3, 2023


By: ___/s/___
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real,
Palo Alto, California 94306
Telephone:    (650) 331-2000
Email:  wjohnson@mayerbrown.com

*Counsel for Third-Party Defendant,
Gemalto, Inc.*

February 3, 2023


By:  */s/*
Richard L. Brophy
rbrophy@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
(314) 621-5070 (telephone)
(314) 621-5065 (facsimile)

*Counsel for Third-Party Defendant Idemia
Identity and Security USA LLC*

February 3, 2023

3