# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY, <br><br>   Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br>   Defendant, <br><br> and <br><br> GEMALTO, INC. and IDEMIA IDENTITY & SECURITY USA LLC, <br><br>   Intervenor-Defendants. | Case No. 16-cv-01647-RTH <br><br> Judge Ryan T. Holte |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT SUBMISSIONS**

WHEREAS, on December 5, 2022, the Court issued an Opinion and Order granting-in-part Defendants' Motion for Sanctions. (ECF No. 153)

WHEREAS, in the Opinion and Order, the Court ordered the parties to, *inter alia*, jointly (i) file a motion to vacate the Court's protective order (ECF No. 74) by December 19, 2022, (ii) file a stipulated amended protective order including a covenant not to sue consistent with the Opinion and Order by December 19, 2022, and (iii) file a joint status report proposing a timeline for further proceedings consistent with the Court's Opinion and Order by January 4, 2023.

WHEREAS, the Court has granted several joints requests for extensions of those dates, and the current deadlines are: the deadline for the Joint Motion to Vacate the Protective Order and

1

Stipulated Amended Protective Ordering containing a covenant not to sue is February 17, 2023; and the deadline for a joint status report proposing a timeline for further proceedings is February 22, 2023.  *See* February 3, 2023 Court Order.

WHEREAS, the Plaintiffs and Third Party Defendants jointly make this request because the parties are continuing to negotiate the proposed covenant and believe that more time would potentially allow the parties to reach agreement or otherwise narrow the issues. Plaintiffs and the Third Party Defendants do not believe that the Government opposes this Joint Motion, but counsel for the Plaintiffs and for Gemalto have been unable to reach the Government today. The parties appreciate the Court's indulgence in granting these requests, but they are all working diligently and in good faith to resolve remaining issues.

THEREFORE, Plaintiffs and Third Party Defendants respectfully request that the Court grant their joint request for an enlargement of time.  With this enlargement, the deadline for the Joint Motion to Vacate the Protective Order and Stipulated Amended Protective Ordering containing a covenant not to sue will be March 10, 2023, and the deadline for a joint status report proposing a timeline for further proceedings will be March 17, 2023.

Respectfully submitted,

By:   */s/*
Robert J. Yorio
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone:    (650) 812-3400
Facsimile:     (650) 812-3444
Email:  yorio@carrferrell.com

*Counsel for Plaintiffs,
Mynette Technologies, Inc. and
Steven M. Colby*

By:   */s/*
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real,
Palo Alto, California 94306
Telephone:    (650) 331-2000
Email:  wjohnson@mayerbrown.com

*Counsel for Third-Party Defendant,
Gemalto, Inc.*

2

3

February 17, 2023                                    February 17, 2023

                                                     By: */s/*
                                                     Richard L. Brophy
                                                     rbrophy@armstrongteasdale.com
                                                     ARMSTRONG TEASDALE LLP
                                                     7700 Forsyth Blvd., Suite 1800
                                                     St. Louis, MO 63105
                                                     (314) 621-5070 (telephone)
                                                     (314) 621-5065 (facsimile)

                                                     *Counsel for Third-Party Defendant Idemia*
                                                     *Identity and Security USA LLC*

                                                     February 17, 2023