# In the United States Court of Federal Claims

No. 16-1647

(Filed: 21 April 2023)

```
*************************************
MYNETTE TECHNOLOGIES, INC.           *
AND STEVEN M. COLBY,                 *
                                     *
              Plaintiffs,            *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
              Defendant,             *
                                     *
GEMALTO, INC.,                       *
                                     *
              Intervenor-Defendant,  *
                                     *
and                                  *
                                     *
IDEMIA IDENTITY & SECURITY           *
USA, LLC,                            *
                                     *
              Intervenor-Defendant.  *
                                     *
*************************************
```

## **ORDER**

On 21 April 2023, the parties filed a joint motion for extension of time, requesting three-week extensions for the deadlines to submit a joint motion to vacate the protective order, a stipulated amended protective order, and a joint status report ("JSR"). J. Mot. for Extension of Time, ECF No. 165. The deadline for the joint motion to vacate the protective order and stipulated amended protective order was originally 19 December 2022, *see* 5 Dec. 2022 Op. & Order, ECF No. 153, and has been extended by non-pdf order granting a motion of the parties ten times before now. *See* Unopp. Mot. to Amend Schedule, ECF No. 154; J. Mot. for Extension of Time, ECF No. 156; J. Mot. for Extension of Time, ECF No. 157; J. Mot. for Extension of Time, ECF No. 158; J. Mot. for Extension of Time, ECF No. 159; J. Mot. for Extension of Time, ECF No. 160; J. Mot. for Extension of Time, ECF No. 161; J. Mot. for Extension of Time, ECF No. 162; J. Mot. for Extension of Time, ECF No. 163; J. Mot. for Extension of Time, ECF No. 164. The deadline for the JSR was originally 4 January 2023, *see* 5 Dec. 2022 Op. & Order, and has been extended by non-pdf order granting a motion of the parties eight times before now. *See* J. Mot. for Extension of Time, ECF No. 157; J. Mot. for Extension of Time, ECF No. 158; J. Mot. for Extension of Time, ECF No. 159; J. Mot. for Extension of Time, ECF No. 160; J. Mot. for

Extension of Time, ECF No. 161; J. Mot. for Extension of Time, ECF No. 162; J. Mot. for Extension of Time, ECF No. 163; J. Mot. for Extension of Time, ECF No. 164.

      For good cause shown, the Court **GRANTS** the parties' Joint Motion for Extension of Time, ECF No. 165.[1]  The parties **SHALL FILE** a joint motion to vacate the protective order and a stipulated amended protective order **on or before 12 May 2023** and a joint status report **on or before 19 May 2023**.  Given the extensions totaling over four months, the Court is not inclined to grant any further extensions.  If the parties anticipate not being able to comply with the deadlines set in this order, they **SHALL FILE** a joint motion for a status conference, noting positions on why the parties have not reached agreement despite representation at oral argument,[2] **on or before 10 May 2023**.

      **IT IS SO ORDERED.**

                                       s/ Ryan T. Holte
                                       RYAN T. HOLTE
                                       Judge

---

[1] Rule 11(a) of the Rules of the Court of Federal Claims provides "[e]very pleading, written motion, and other paper must be signed by or for the attorney of record in the attorney's name."  The Motion for Extension of Time was not properly signed and is therefore deficient.  The Court, however, **ACCEPTS** the filing.

[2] As the Court described in the public version of the 5 December 2022 Opinion and Order:  "Counsel for Idemia . . . suggested the Court 'provide [the parties] with some guidance' so they can meet-and-confer once more 'and be rational about coming up with a proposal[.]'"  20 Dec. 2022 Op. & Order at 38 (quoting 14 June 2022 Oral Arg. Tr. at 203:5–11).