# In the United States Court of Federal Claims

No. 16-1647

(Filed: 15 May 2023)

```
*****************************************
MYNETTE TECHNOLOGIES, INC.              *
AND STEVEN M. COLBY,                    *
                                        *
               Plaintiffs,              *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
               Defendant,               *
                                        *
GEMALTO, INC.,                          *
                                        *
               Intervenor-Defendant,    *
                                        *
and                                     *
                                        *
IDEMIA IDENTITY & SECURITY              *
USA, LLC,                               *
                                        *
               Intervenor-Defendant.    *
                                        *
*****************************************
```

## ORDER

On 21 April 2023, the Court granted the parties' Joint Motion for Extension of Time. 21 Apr. 2023 Order, ECF No. 166. The Court further ordered:

> The parties **SHALL FILE** a joint motion to vacate the protective order and a stipulated amended protective order **on or before 12 May 2023** and a joint status report **on or before 19 May 2023**. Given the extensions totaling over four months, the Court is not inclined to grant any further extensions. If the parties anticipate not being able to comply with the deadlines set in this order, they **SHALL FILE** a joint motion for a status conference, noting positions on why the parties have not reached agreement despite representation at oral argument, **on or before 10 May 2023**.

*Id.* at 2 (footnote omitted). The parties did not comply with the deadlines, nor did they file a joint motion for a status conference. Plaintiffs and Gemalto filed a joint motion for extension of

time on 12 May 2023, ECF No. 167,[1] and the government filed an unopposed motion for extension of time the same day, ECF No. 168, concurring with plaintiffs' and Gemalto's Motion.

      The Court will hold a telephonic status conference on **18 May 2023 at 10:30 a.m. (ET)** to discuss why the parties have not reached an agreement on the new protective order and why the parties did not comply with the Court's 21 April 2023 Order. Prior to the status conference, counsel for all parties **SHALL FILE** a joint status report **on or before 17 May 2023 at noon (ET)** noting positions on why the parties have not reached agreement despite representation at oral argument. The Court will separately send instructions for joining the call.

      **IT IS SO ORDERED.**

                                                                                                  s/ Ryan T. Holte
                                                                                          RYAN T. HOLTE
                                                                                         Judge

---

[1] As noted in footnote 1 of the Court's 21 April 2023 Order, the parties' 21 April 2023 Joint Motion for Extension of Time was deficient because it was not properly signed. 21 Apr. 2023 Order at 2 n.1. Plaintiffs' and Gemalto's Motion filed 12 May 2023, ECF No. 167, is deficient for the same reason. Rule 11(a) of the Rules of the Court of Federal Claims ("RCFC") requires papers submitted to the Court to be signed "in the attorney's name." For a digital signature, "s/" is not sufficient—"s/" must be followed by the attorney's name. Further, for joint motions, Rule 20(b) to RCFC Appendix E (governing e-filing procedures) provides: "Documents requiring signatures of more than one party may be filed electronically: . . . by submitting a document containing an electronic signature for each party ('s/[name of party]') and the filing attorney's representation that the other parties have reviewed the document and consent to its filing." The Court **ACCEPTS** plaintiffs' and Gemalto's Joint Motion for Extension of Time, ECF No. 167, despite the deficiency but directs the parties to correct this deficiency in all future filings.