# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 16-cv-01647-RTH |
| v. | ) ) Judge Ryan T. Holte |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| GEMALTO, INC. and IDEMIA IDENTITY & SECURITY USA LLC, | ) ) ) |
| Intervenor-Defendants. | ) ) ) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR PARTIES TO FILE RESPONSIVE AND REPLY BRIEFS**

WHEREAS, on December 5, 2022, the Court issued an Opinion and Order granting-in-part Defendants' Motion for Sanctions. (ECF No. 153)

WHEREAS, the Parties filed a Joint Motion for Enlargement of Time to File Joint Submissions on May 12, 2023;

WHEREAS, the Court set the following deadlines for the Parties to file opening briefs and responses: Defendants file (jointly or individually) (an) opening brief(s): (1) responding to plaintiffs' positions in the parties' May 17, 2023 Joint Status Report ("JSR"), ECF No. 170; and (2) proposing any edits to plaintiffs' covenant not to sue proposal in Appendix A of the JSR on June 2, 2023; Plaintiffs file a response to defendants' Motion for Reconsideration and a response

1

to Defendants' Opening Brief(s) on the covenant not to sue by June 16, 2023; and, Defendants file a reply in support of their Motion for Reconsideration by July 7, 2023, ECF No. 172, May 18, 2023 Court Order.

WHEREAS, Defendants The United States and Gemalto filed their Opening Brief Concerning Covenant Not to Sue on June 2, 2023, and Defendant Idemia filed a separate Brief Concerning Covenant Not to Sue on June 2, 2023.

WHEREAS, Plaintiffs seek the Court's permission for four (4) additional days to prepare and file their Responsive Briefs. The reasons for this request are that Plaintiffs' co-counsel, Eric Maurer, is in trial, lead counsel was in court on another matter most of the day on June 13, 2023, and lead counsel's assistant will be unavailable because of personal issues on June 15/16, 2023. Defendants consent to the requested extension on the condition that Defendants will receive a reciprocal enlargement of time on their reply and that this will be Plaintiffs' final extension request.

Plaintiffs respectfully request that the Court grant their request for a four-day enlargement of time to respond to Defendants' Opening Brief on the covenant not to sue and Defendants' Motion for Reconsideration. With this enlargement, the deadline for the Plaintiffs to file a response to Defendants' Motion for Reconsideration and a response to Defendants' Opening Brief(s) on the covenant not to sue will be June 20, 2023, and the deadline for Defendants to file a reply in support of their Motion for Reconsideration will be July 11, 2023.

Respectfully Submitted,[1]

By: ___s/ Robert J. Yorio___
Robert J. Yorio
CARR & FERRELL LLP
411 Borel Avenue, Suite 603
San Mateo, California 94022
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444
Email:  yorio@carrferrell.com

Counsel for Plaintiffs,
Mynette Technologies, Inc. and
Steven M. Colby

June 14, 2023

BRIAM M. BOYNTON
Principal Deputy Assistant Attorney General


GARY L. HAUSKEN
Director

  __s/ Michel E. Souaya___
Michel E. Souaya
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C.  20530
michel.e.souaya@usdoj.gov
Telephone:  (202) 307-0334

Of Counsel:
Conrad J. DeWitte, Jr.
Department of Justice

Counsel for the Defendant,
The United States

June 14, 2023


By: ___s/ Edward D. Johnson___
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real,
Palo Alto, California 94306
Telephone:     (650) 331-2000
Email:  wjohnson@mayerbrown.com

Counsel for Third-Party Defendant,
Gemalto, Inc.

June 14, 2023

---

[1] Pursuant to RCFC 20(b) of Appendix E, the filing attorney represents that the other parties have reviewed this document and consent to its filing.

By:    s/ Richard L. Brophy
Richard L. Brophy
rbrophy@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
(314) 621-5070 (telephone)
(314) 621-5065 (facsimile)

Counsel for Third-Party Defendant Idemia Identity and Security USA LLC

June 14, 2023