IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>GEMALTO, INC. and IDEMIA IDENTITY & SECURITY USA LLC,<br><br>Intervenor-Defendants. | Case No. 16-cv-01647-RTH<br><br>Judge Ryan T. Holte |

**JOINT STIPULATION MODIFYING SCHEDULING ORDER**

Plaintiffs Mynette Technologies, Inc. and Steven M. Colby (collectively, "Mynette"), Defendant, the United States ("the Government"), and Intervenor-Defendants Gemalto, Inc. ("Gemalto") and Idemia Identity and Security USA LLC ("Idemia") (collectively, "the Parties") respectfully submit this Joint Stipulation Modifying the dates in the current Scheduling Order, filed on March 24, 2024 (ECF No. 189).

The Parties propose a brief extension of the scheduled events to accommodate the travel schedule of an expert and the preparation of Opening Expert Reports. The proposed changes would result in a seventeen (17) day extension of dates in the Scheduling Order as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Exchange of RCFC 26(a)(2)(B) opening expert reports on issues upon which the parties carry the burden of proof (except for damages) | April 23, 2024 | May 10, 2024 |
| Exchange of RCFC 26(a)(2)(B) responsive expert reports (except for damages) | June 4, 2024 | June 21, 2024 |
| Close of expert discovery (for all issues other than damages) | June 28, 2024 | July 15, 2024 |
| Deadline for dispositive motions under RCFC 56 | August 5, 2024 | August 22, 2024 |
| Deadline for responses to dispositive motions | September 6, 2024 | September 23, 2024 |
| Deadline for replies to dispositive motions | September 20, 2024 | October 7, 2024 |
|  |  |  |

The Parties have not previously sought or obtained a modification of the March 24, 2024 Scheduling Order and respectfully request the Court to modify the March 24, 2024 Scheduling Order (ECF No. 189) as proposed above.

Respectfully submitted, [1]

April 19, 2024

By:   /s/ Robert J. Yorio_____
Robert J. Yorio
CARR & FERRELL LLP
411 Borel Avenue, Suite 603
San Mateo, California 94402
Telephone: (650) 812-3400
Email:  yorio@carrferrell.com

*Counsel for Plaintiffs,*
*Mynette Technologies, Inc. and*
*Steven M. Colby*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

SCOTT BOLDEN
Director

By:   /s/ Michel E. Souaya_____
MICHEL E. SOUAYA
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C.  20530
michel.e.souaya@usdoj.gov

---

[1] Pursuant to RCFC 20(B) of Appendix E, the filing attorney represents that the other parties have reviewed this document and consent to its filing.

Telephone: (202) 307-0334

*Of Counsel:*
CONRAD J. DeWITTE, JR.
Department of Justice

*Counsel for the Defendant, The United States*


By:   /s/ Edward D. Johnson
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real,
Palo Alto, California 94306
Telephone: (650) 331-2000
Email:  wjohnson@mayerbrown.com

*Counsel for Third-Party Defendant,
Gemalto, Inc.*


By:   /s/ Richard L. Brophy
Richard L. Brophy
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Email: rbrophy@armstrongteasdale.com

*Counsel for Third-Party Defendant Idemia
Identity and Security USA LLC*