IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MYNETTE TECHNOLOGIES, INC.<br>and STEVEN M. COLBY,<br><br>        Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>        Defendant,<br><br>and<br><br>GEMALTO, INC. and IDEMIA IDENTITY<br>& SECURITY USA LLC,<br><br>        Intervenor-Defendants. | Case No. 16-cv-01647-RTH<br><br>Judge Ryan T. Holte |

**JOINT STATUS REPORT AND MOTION TO
REFER MATTER TO ADR AND TO MODIFY SCHEDULE**

Plaintiffs Mynette Technologies, Inc. and Steven M. Colby (collectively, "Mynette"), Defendant, the United States ("the Government"), and Intervenor-Defendants Gemalto, Inc. ("Gemalto") and Idemia Identity and Security USA LLC ("Idemia") (collectively, "the Parties") respectfully request that the Court refer this case to Alternative Dispute Resolution ("ADR") before the Honorable Judge Kathryn C. Davis pursuant to Appendix H (Procedure for ADR). The reasons supporting the Parties' requests are set forth below.

Pursuant to the Court's scheduling order of April 24, 2024 (Dkt. No. 194), the Parties exchanged opening expert reports on May 10, 2024. At this juncture, mediation of the case may be productive. Accordingly, should the Court refer the matter to Judge Davis for ADR, the Parties

would schedule a mediation in Washington, D.C. during September of 2024 on a date to be determined based upon the Parties' and Judge Davis's availability.

Further, should the Court grant the referral to Judge Davis, the Parties also request an adjustment of the Court's April 24 scheduling order to adjust the next scheduled date, exchange of RCFC 26(a)(2)(B) responsive expert reports currently due on June 21, 2024, until 30 days after the conclusion of the mediation before Judge Davis, with all subsequent scheduled dates correspondingly adjusted by an additional 30 days.

Respectfully submitted,[1]

| | |
|---|---|
| June 7, 2024 | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| By:   /s/ Robert J. Yorio<br>Robert J. Yorio<br>CARR & FERRELL LLP<br>411 Borel Avenue, Suite 603<br>San Mateo, California 94402<br>Telephone: (650) 812-3400<br>Email:  yorio@carrferrell.com<br><br>*Counsel for Plaintiffs,*<br>*Mynette Technologies, Inc. and*<br>*Steven M. Colby* | SCOTT BOLDEN<br>Director<br><br>By:   /s/ Michel E. Souaya<br>MICHEL E. SOUAYA<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Washington, D.C.  20530<br>michel.e.souaya@usdoj.gov<br>Telephone: (202) 307-0334<br><br>*Of Counsel:*<br>CONRAD J. DeWITTE, JR.<br>Department of Justice<br><br>*Counsel for the Defendant, The United States*<br><br>By:   /s/ Edward D. Johnson<br>Edward D. Johnson |

---

[1] Pursuant to RCFC 22(b) of Appendix E, the filing attorney represents that the other Parties have reviewed this document and consent to its filing.

>MAYER BROWN LLP
>Two Palo Alto Square, Suite 300
>3000 El Camino Real,
>Palo Alto, California 94306
>Telephone: (650) 331-2000
>Email: wjohnson@mayerbrown.com
>
>*Counsel for Third-Party Defendant, Gemalto, Inc.*
>
>By: ___/s/ Richard L. Brophy_____
>Richard L. Brophy
>ARMSTRONG TEASDALE LLP
>7700 Forsyth Blvd., Suite 1800
>St. Louis, MO 63105
>Telephone: (314) 621-5070
>Email: rbrophy@armstrongteasdale.com
>
>*Counsel for Third-Party Defendant Idemia Identity and Security USA LLC*