# In the United States Court of Federal Claims

No. 16-1647
(Filed: 18 June 2024)
NOT FOR PUBLICATION

```
*************************************
MYNETTE TECHNOLOGIES, INC.           *
and STEVEN M. COLBY,                 *
                                     *
            Plaintiffs,              *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant,               *
                                     *
GEMALTO, INC.,                       *
                                     *
            Third-Party Defendant,   *
                                     *
and                                  *
                                     *
IDEMIA IDENTITY & SECURITY           *
USA, LLC,                            *
                                     *
            Third-Party Defendant.   *
                                     *
*************************************
```

## SCHEDULING ORDER

As agreed by counsel for the parties, the Court will hold a telephonic status conference on **26 June 2024 at 11:00 a.m. (ET)**. The Court will separately send instructions for joining the telephonic conference. The Court further **STAYS** the discovery schedule adopted in its 24 April 2024 Order, ECF No. 194, until further ordered.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge