## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MYNETTE TECHNOLOGIES, INC. AND STEVEN M. COLBY,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES,<br><br>    Defendant,<br><br>GEMALTO, INC.,<br><br>    Defendant-Intervenor,<br><br>and<br><br>IDEMIA IDENTITY & SECURITY USA, LLC,<br><br>    Defendant-Intervenor. | No. 16-1647<br><br>Filed: September 17, 2024 |

### **ADR ORDER**

On September 12–13, 2024, the parties participated in mediation. Despite their good faith efforts, the parties were unable to reach a settlement agreement in principle. The undersigned encouraged the parties to consider engaging in additional settlement discussions outside of the ADR process, and if further assistance would be helpful, the parties may contact the undersigned to request a follow-up conference via telephone or Zoom. At this time, however, the undersigned hereby refers this case back to Judge Holte.

  **SO ORDERED**.

Dated:  September 17, 2024         */s/ Kathryn C. Davis*
                      KATHRYN C. DAVIS
                      ADR Judge