# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> GEMALTO, INC. and IDEMIA IDENTITY & SECURITY USA LLC, <br><br> Intervenor-Defendants. | Case No. 16-cv-01647-RTH <br><br> Judge Ryan T. Holte |

## JOINT STATUS REPORT CONCERNING CASE SCHEDULE

Plaintiffs Mynette Technologies, Inc. and Steven M. Colby (collectively, "Mynette"), Defendant, the United States ("the Government"), and Intervenor-Defendants Gemalto, Inc. ("Gemalto") and Idemia Identity and Security USA LLC ("Idemia") (collectively, "the Parties") respectfully submit this Joint Status Report, as Ordered by the Court on June 27, 2024. ECF No. 197.

In that Order, the Court granted the parties' Joint Motion for Referral to ADR and Motion to Modify Schedule. *See* ECF No. 197. The Court directed the Parties to file "a joint status report (JSR) on or before 2 October 2024 or upon reaching agreement or impasse, whichever occurs earlier." ECF 197 at 2. The ADR proceedings before Judge Kathryn Davis did not yield a settlement. Nonetheless, as suggested by Judge Davis, Plaintiffs and Defendant are considering whether direct settlement discussions would be productive.

I.      **Brief Case Background**

Mynette originally filed this patent infringement action on December 14, 2016. ECF 1. The Court issued a claim construction order on August 17, 2018. ECF 68. The Parties negotiated a Protective Order that was submitted on November 2, 2018, and entered on November 9, 2018. ECF 73, 74. While fact discovery was ongoing, Gemalto intervened on October 17, 2019. ECF 96. Idemia intervened on March 6, 2020. ECF 107. Based on facts that unfolded during discovery, Defendants filed a Motion for Terminating Sanctions on October 25, 2021. ECF 125. After prior amendments to the case schedule, fact discovery closed on December 3, 2021. ECF 124.

The Court stayed the case pending resolution of the Motion for Terminating Sanctions on March 8, 2022. ECF 133. Under the prior schedule, before the stay, the exchange of initial expert reports were due three days later on March 11, 2022. After a Motion for Reconsideration filed on May 18, 2023 (ECF 171), the Court resolved Defendants' Motion on March 8, 2024. ECF 185. On May 10, 2024 the parties exchanged RCFC 26(a)(2)(B) opening expert reports on issues on which the parties carry the burden of proof, except for damages.

Defendants' May 10 invalidity expert report was designated Attorneys Eyes Only ("AEO"), including because it referred to third-party designated AEO information. Prior to the service of the May 10 reports, Plaintiff had sought permission for its validity expert to view AEO information. On May 20, 2024, Plaintiff received the consent of the third party to view the information.

As a result of discussions about mediating the case, on May 24, 2024, Defendants circulated a draft Joint Stipulation proposing to mediate in August and stay the expert discovery schedule. After settling on potential dates for the mediation, on June 7 the parties submitted a Joint Status Report and Motion to Refer Matter to ADR and to Modify Schedule. ECF 195. The

-3-

Court stayed expert discovery, and on June 27 granted the parties' motion and entered the Order granting the referral to ADR.  ECF 195.

**II.     Prior Case Schedule**

Prior to the Court's June 27th, 2024 Order referring this case to ADR, the following items (and corresponding dates) remained (ECF 194 at 1-2):

| Event | Date |
|---|---|
| Exchange of RCFC 26(a)(2)(B) responsive expert reports (except for damages) | June 21, 2024 |
| Close of expert discovery (for all issues other than damages) | July 15, 2024 |
| Deadline for dispositive motions under RCFC 56 | August 22, 2024 |
| Deadline for responses to dispositive motions | September 23, 2024 |
| Deadline for replies to dispositive motions | October 7, 2024 |

**III.    New Case Schedule**

The Court's Order (ECF No. 197) instructed the parties that "propose a schedule for further proceedings in this case." *Id.* at 2.  A schedule that resumes from the last scheduled event would resume responsive expert report exchanges.  The Parties propose the following schedule:

| Event | Date |
|---|---|
| Exchange of RCFC 26(a)(2)(B) responsive expert reports (except for damages) | November 6, 2024 |
| Close of expert discovery (for all issues other than damages) | December 6, 2024 |
| Deadline for dispositive motions under RCFC 56 | January 10, 2025 |

| Deadline for responses to dispositive motions | February 7, 2025 |
|---|---|
| Deadline for replies to dispositive motions | February 21, 2025 |

## V. Conclusion

The Parties respectfully request the Court enter the above-identified case schedule as per the Court's June 27, 2024 Order.  ECF No. 197.  Pursuant to RCFC 20(B) of Appendix E, the filing attorney represents that the undersigned have reviewed this document and consent to its filing.

Respectfully submitted,

By: ___*Robert Yorio*___
Robert J. Yorio
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone:   (650) 812-3400
Facsimile:   (650) 812-3444
Email:  yorio@carrferrell.com

*Counsel for Plaintiffs,*
*Mynette Technologies, Inc. and*
*Steven M. Colby*

October 2, 2024

BRIAM M. BOYNTON
Principal Deputy Assistant Attorney General

SCOTT BOLDEN
Director

  *Michel Souaya*_____
MICHEL E. SOUAYA
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C.  20530
michel.e.souaya@usdoj.gov
Telephone:   (202) 307-0334

*Of Counsel:*
CONRAD J. DeWITTE, JR.
Department of Justice

COUNSEL FOR THE DEFENDANT,
THE UNITED STATES

By: ___*Edward Johnson*_____
Edward D. Johnson

-5-

      MAYER BROWN LLP
      Two Palo Alto Square, Suite 300
      3000 El Camino Real,
      Palo Alto, California 94306
      Telephone:     (650) 331-2000
      Email:  wjohnson@mayerbrown.com

      *Counsel for Third-Party Defendant,*
      *Gemalto, Inc.*


      By:  *Richard Brophy*
      Richard L. Brophy
      rbrophy@armstrongteasdale.com
      ARMSTRONG TEASDALE LLP
      7700 Forsyth Blvd., Suite 1800
      St. Louis, MO 63105
      (314) 621-5070 (telephone)
      (314) 621-5065 (facsimile)

      Counsel for Third-Party Defendant Idemia
      Identity and Security USA LLC