IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY, | ) ) ) ) |  |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) | Case No. 16-cv-01647-RTH |
| THE UNITED STATES, | ) ) | Judge Ryan T. Holte |
| Defendant, | ) ) ) |  |
| and | ) ) ) |  |
| GEMALTO, INC. and IDEMIA IDENTITY & SECURITY USA LLC, | ) ) ) ) |  |
| Intervenor-Defendants. | ) ) |  |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs Mynette Technologies, Inc. and Steven M. Colby (collectively, "Mynette"), Defendant, the United States ("the Government"), and Intervenor-Defendants Gemalto, Inc. ("Gemalto") and Idemia Identity and Security USA LLC ("Idemia") (collectively, "the Parties") respectfully submit this Joint Motion to Amend the dates in the current Scheduling Order, filed on October 3, 2024 (ECF No. 202).

Since the Court's October 3, 2024 Scheduling Order, Plaintiffs and Defendants have exchanged responsive expert reports. In addition, Plaintiffs and the Government have been engaged in meaningful settlement discussions and considerable progress has been made towards a comprehensive settlement of this action. Specifically, Plaintiffs and the Government have

-1-

substantially narrowed their differences since the conclusion of the mediation proceedings in September.

Therefore, in an effort to avoid the expense of further litigation, preserve the Parties' and the Court's resources and maintain focus on the present settlement discussions, the Parties propose a forty-nine (49) day extension of the remaining scheduled deadlines to allow those settlement discussions to proceed unimpeded by the need to simultaneously prepare for and conduct the depositions of the parties' expert witnesses.

For the foregoing reasons, the parties respectfully request that the Court modify the dates in the October 3, 2024 Scheduling Order as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Close of expert discovery (for all issues other than damages), to include expert depositions | December 6, 2024 | January 24, 2025 |
| Deadline for dispositive motions under RCFC 56 | January 10, 2005 | February 28, 2025 |
| Deadline for responses to dispositive motions | February 7, 2025 | March 28, 2025 |
| Deadline for replies to dispositive motions | February 21, 2025 | April 11, 2025 |

The Parties have not previously sought or obtained a modification of the October 3, 2024 Scheduling Order and respectfully request the Court to modify the October 3, 2024 Scheduling Order (ECF No. 202) as proposed above.

Respectfully submitted, [1]

December 6, 2024

By: /s/ Robert J. Yorio
    Robert J. Yorio
    CARR & FERRELL LLP
    411 Borel Avenue, Suite 603
    San Mateo, California 94402
    Email: yorio@carrferrell.com

*Counsel for Plaintiffs*
*Mynette Technologies, Inc. and*
*Steven M. Colby*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

SCOTT BOLDEN
Director

By: /s/ Michel E. Souaya
    MICHEL E. SOUAYA
    Commercial Litigation Branch
    Civil Division
    Department of Justice
    Washington, D.C. 20530
    Email: michel.e.souaya@usdoj.gov

*Of Counsel:*
CONRAD J. DeWITTE, JR.
Department of Justice

*Counsel for the Defendant, The United States*

By: /s/ Edward D. Johnson
    Edward D. Johnson
    MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
    3000 El Camino Real,
    Palo Alto, California 94306
    Email: wjohnson@mayerbrown.com

*Counsel for Third-Party Defendant,*
*Gemalto, Inc.*

By: /s/ Richard L. Brophy
    Richard L. Brophy
    ARMSTRONG TEASDALE LLP
    7700 Forsyth Blvd., Suite 1800
    St. Louis, MO 63105
    Email: rbrophy@armstrongteasdale.com

*Counsel for Third-Party Defendant Idemia*
*Identity and Security USA LLC*

---

[1] Pursuant to RCFC 20(B) of Appendix E, the filing attorney represents that the other parties have reviewed this document and consent to its filing.