IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> GEMALTO, INC. and IDEMIA IDENTITY & SECURITY USA LLC, <br><br> Intervenor-Defendants. | Case No. 16-cv-01647-RTH <br><br> Judge Ryan T. Holte |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Mynette Technologies, Inc. and Steven M. Colby (collectively, "Mynette"), Defendant, the United States ("the Government"), and Intervenor-Defendants Gemalto, Inc. ("Gemalto") and Idemia Identity and Security USA LLC ("Idemia") (collectively, "the Parties") respectfully submit this Joint Motion to Amend the dates in the current Scheduling Order, which issued on December 6, 2024 as a Non-PDF Order.

Since the Court's December 6th Order, Plaintiffs and the Government have continued to engage in meaningful settlement discussions and Plaintiffs and counsel for the Government have reached an agreement in principle, subject to recommendations, review, and approval by the relevant Government settlement authority. However, the Government is still negotiating with the relevant contractors, to include Third Parties Gemalto and Idemia, to determine the extent of their contributions to the settlement.

-1-

Therefore, to avoid the expense of further litigation, preserve the Parties' and the Court's resources and maintain focus on the settlement discussions, the Parties propose a forty-nine (49) day extension of the remaining scheduled deadlines to allow those settlement discussions to proceed and conclude, unimpeded by the need to simultaneously prepare for and conduct the depositions of the parties' expert witnesses.

For the foregoing reasons, the parties respectfully request that the Court modify the dates in the December 6, 2024 Scheduling Order as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Close of expert discovery (for all issues other than damages), to include expert depositions | January 24, 2025 | March 14, 2025 |
| Deadline for dispositive motions under RCFC 56 | February 28, 2025 | April 18, 2025 |
| Deadline for responses to dispositive motions | March 28, 2025 | May 9, 2025 |
| Deadline for replies to dispositive motions | April 11, 2025 | May 30, 2025 |

The Parties have previously sought or obtained a modification of the December 6, 2024 Scheduling Order and respectfully request the Court to modify that Scheduling Order as proposed above.

Respectfully submitted,[1]

Dated: January 24, 2025

By:  /s/ Robert J. Yorio
Robert J. Yorio
CARR & FERRELL LLP
411 Borel Avenue, Suite 603
San Mateo, California 94402
Email: yorio@carrferrell.com

*Counsel for Plaintiffs*
*Mynette Technologies, Inc. and*
*Steven M. Colby*

BRETT A. SHUMATE
Acting Assistant Attorney General

SCOTT BOLDEN
Director

By:  /s/ Michel E. Souaya
MICHEL E. SOUAYA
Commercial Litigation Branch
Civil Division

---

[1] Pursuant to RCFC 20(B) of Appendix E, the filing attorney represents that the other parties have reviewed this document and consent to its filing.

      Department of Justice
      Washington, D.C.  20530
      Email: michel.e.souaya@usdoj.gov

      *Of Counsel:*
      CONRAD J. DeWITTE, JR.
      Department of Justice

      *Counsel for the Defendant, The United States*


      By:  /s/ Edward D. Johnson
      Edward D. Johnson
      MAYER BROWN LLP
      Two Palo Alto Square, Suite 300
      3000 El Camino Real,
      Palo Alto, California 94306
      Email:  wjohnson@mayerbrown.com

      *Counsel for Third-Party Defendant, Gemalto, Inc.*


      By:  /s/ Richard L. Brophy
      Richard L. Brophy
      ARMSTRONG TEASDALE LLP
      7700 Forsyth Blvd., Suite 1800
      St. Louis, MO 63105
      Email: rbrophy@armstrongteasdale.com

      *Counsel for Third-Party Defendant Idemia Identity and Security USA LLC*