# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY, <br><br>    Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br>    Defendant, <br><br> and <br><br> GEMALTO, INC. and IDEMIA IDENTITY & SECURITY USA LLC, <br><br>    Intervenor-Defendants. | Case No. 16-cv-01647-RTH <br><br> Judge Ryan T. Holte |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Mynette Technologies, Inc. and Steven M. Colby (collectively, "Mynette"), Defendant, the United States ("the Government"), and Intervenor-Defendants Gemalto, Inc. ("Gemalto") and Idemia Identity and Security USA LLC ("Idemia") (collectively, "the Parties") respectfully submit this Joint Motion to Amend the dates in the current Scheduling Order, which issued on March 14, 2025 as a Non-PDF Order.

Since the Court's March 14 Order, the Government has been negotiating with three contractors, two of which are parties to this case, in order to determine the extent of their contributions to the agreement in principle recently reached with Plaintiff. Moreover, the Government has reached a tentative agreement in principle with all three of these contractors. Accordingly, the Parties are in the process finalizing the specific terms of the proposed settlement. Once finalized, these terms will be submitted to DOJ leadership for final review and, if deemed appropriate, approval.

Therefore, to avoid the expense of further litigation, preserve the Parties' and the Court's resources and maintain focus on the settlement discussions, the Parties propose a fifty-six (56) day extension of the remaining scheduled deadlines to allow those settlement discussions to proceed and conclude, unimpeded by the need to simultaneously prepare for and conduct the depositions of the parties' expert witnesses.

For the foregoing reasons, the parties respectfully request that the Court modify the dates in the March 14 Scheduling Order as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of expert discovery (for all issues other than damages), to include expert depositions | May 2, 2025 | June 27, 2025 |
| Deadline for dispositive motions under RCFC 56 | June 6, 2025 | August 1, 2025 |
| Deadline for responses to dispositive motions | June 27, 2025 | August 22, 2025 |
| Deadline for replies to dispositive motions | July 18, 2025 | September 12, 2025 |

Respectfully submitted,[1]

Dated:  May 2, 2025

By:   /s/ Robert J. Yorio
Robert J. Yorio
CARR & FERRELL LLP
411 Borel Avenue, Suite 603
San Mateo, California 94402
Email:  yorio@carrferrell.com

*Counsel for Plaintiffs*
*Mynette Technologies, Inc. and*
*Steven M. Colby*

YAAKOV M. ROTH
Acting Assistant Attorney General

SCOTT BOLDEN
Director

By:   /s/ Michel E. Souaya
MICHEL E. SOUAYA
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C.  20530
Email: michel.e.souaya@usdoj.gov

---

[1]  Pursuant to RCFC 20(B) of Appendix E, the filing attorney represents that the other parties have reviewed this document and consent to its filing.

*Of Counsel:*
CONRAD J. DeWITTE, JR.
Department of Justice

*Counsel for the Defendant, The United States*

By:   /s/ Edward D. Johnson
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real,
Palo Alto, California 94306
Email: wjohnson@mayerbrown.com

*Counsel for Third-Party Defendant, Gemalto, Inc.*

By:   /s/ Richard L. Brophy
Richard L. Brophy
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Email: rbrophy@armstrongteasdale.com

*Counsel for Third-Party Defendant Idemia Identity and Security USA LLC*