IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY,  Plaintiffs,  v.  THE UNITED STATES,  Defendant,  and  GEMALTO, INC. and IDEMIA IDENTITY & SECURITY USA LLC,  Intervenor-Defendants. | Case No. 16-cv-01647-RTH  Judge Ryan T. Holte |

**JOINT MOTION FOR STAY PENDING APPROVAL OF SETTLEMENT OFFER**

Plaintiffs Mynette Technologies, Inc. and Steven M. Colby (collectively, "Mynette"), Defendant, the United States ("the Government"), and Intervenor-Defendants Gemalto, Inc. ("Gemalto") and Idemia Identity and Security USA LLC ("Idemia") (collectively, "the Parties") jointly move for a stay of all proceedings in this case to allow the Government to seek approval of Plaintiffs' formal settlement offer. Plaintiffs sent the Government a formal settlement offer today, and the Director of the Intellectual Property Section of the Department of Justice intends to recommend that plaintiffs' offer should be accepted. Accordingly, the parties respectfully request a stay of all proceedings to allow the Government to seek approval of plaintiffs' offer within the Department of Justice. All Third Party Defendants (Idemia and Thales) agree with the settlement offer. The Government will now seek approval from the Department of Justice settlement authority as quickly as practicable.

<u>Conclusion</u>

For the reasons set forth above, the parties respectfully request a stay of all proceedings in this case to allow the Government to seek final approval of plaintiffs' settlement offer.

Dated:  June 27, 2025                           Respectfully submitted,

By: *Robert Yorio*
Robert J. Yorio
CARR & FERRELL LLP
411 Borel Ave, Suite 603
San Mateo, California 94402
Telephone:     (650) 812-3453
Facsimile:      (650) 812-3444
Email:  yorio@carrferrell.com

*Counsel for Plaintiffs,*
*Mynette Technologies, Inc. and*
*Steven M. Colby*

BRETT A. SHUMATE
Assistant Attorney General

SCOTT BOLDEN
Director

*Michel Souaya*
MICHEL E. SOUAYA
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C.  20530
michel.e.souaya@usdoj.gov
(202) 307-0334

*Of Counsel:*
CONRAD J. DeWITTE, JR.
Department of Justice

COUNSEL FOR THE DEFENDANT,
THE UNITED STATES

By: *Edward Johnson*
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real,
Palo Alto, California 94306
Telephone:     (650) 331-2000
Email:  wjohnson@mayerbrown.com

*Counsel for Third-Party Defendant,*
*Gemalto, Inc.*

By:  *Richard Brophy*
Richard L. Brophy
rbrophy@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
(314) 621-5070 (telephone)
(314) 621-5065 (facsimile)

Counsel for Third-Party Defendant Idemia
Identity and Security USA LLC