# In the United States Court of Federal Claims

No. 16-1647
(Filed: 27 June 2024)
NOT FOR PUBLICATION

```
*****************************************
MYNETTE TECHNOLOGIES, INC.           *
and STEVEN M. COLBY,                 *
                                     *
                Plaintiffs,          *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
                Defendant,           *
                                     *
GEMALTO, INC.,                       *
                                     *
                Third-Party Defendant,*
                                     *
and                                  *
                                     *
IDEMIA IDENTITY & SECURITY           *
USA, LLC,                            *
                                     *
                Third-Party Defendant.*
                                     *
*****************************************
```

## **ORDER**

On 27 June 2025, the parties filed a joint motion to stay proceedings, requesting "a stay of all proceedings in this case to allow the [g]overnment to seek approval of [p]laintiffs' formal settlement offer" within the Department of Justice.  Joint Mot. for Stay Pending Approval of Settlement Offer at 1, ECF No. 207.  Per the parties, "[p]laintiffs sent the [g]overnment a formal settlement offer [on 27 June 2025], and the Director of the Intellectual Property Section of the Department of Justice intends to recommend that plaintiffs' offer should be accepted."  *Id.*  Further, the parties noted "[a]ll Third Party Defendants (Idemia and Thales) agree with the settlement offer."  *Id.*

The Court accordingly **GRANTS** the parties' Joint Motion Stay Pending Approval of Settlement Offer, ECF No. 207, for good cause shown.  The Court **STAYS** this case pending a future order from the Court.  The parties **SHALL FILE** a joint status report ("JSR") every 90 days, with the first JSR due on **29 September 2025**, apprising the Court of the status of their settlement efforts and results.

**IT IS SO ORDERED.**

/s/ Ryan T. Holte
RYAN T. HOLTE
Judge