## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| MYNETTE TECHNOLOGIES, INC. and STEVEN M. COLBY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>GEMALTO, INC. and IDEMIA IDENTITY & SECURITY USA LLC,<br><br>Intervenor-Defendants. | Case No. 16-cv-01647-RTH<br><br>Judge Ryan T. Holte |

**JOINT MOTION FOR ORDER OF JUDGMENT PURSUANT TO STIPULATION**

Plaintiffs Mynette Technologies, Inc. (Mynette) and Steven M. Colby (Colby), Defendant the United States, and Intervenor-Defendants Gemalto, Inc. (Gemalto) and Idemia Identity & Security USA LLC (Idemia) (collectively, the Parties) jointly move for the Court to order final judgment based on the express terms of the joint stipulation filed on August 29, 2025.  See ECF 209.  Pursuant to the terms of the stipulation, the parties request the Court to enter judgment "in the total lump sum of $5,500,000 against the United States," with each party bearing its own costs and attorneys' fees.  Id. ¶¶ 5, 9.

| | |
|---|---|
| Dated:  September 22, 2025 | Respectfully submitted, |
| By:    /s/ Robert J. Yorio<br>Robert J. Yorio<br>CARR & FERRELL LLP<br>411 Borel Avenue, Suite 603<br>San Mateo, California 94402<br>Email:  yorio@carrferrell.com<br><br>*Counsel for Plaintiffs*<br>*Mynette Technologies, Inc. and*<br>*Steven M. Colby* | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>By:    /s/ Scott Bolden<br>SCOTT BOLDEN<br>Director / Authorized Representative of the Attorney General<br><br>By:    /s/ Michel E. Souaya<br>MICHEL E. SOUAYA<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Washington, D.C.  20530<br>Email: michel.e.souaya@usdoj.gov<br><br>*Of Counsel:*<br>CONRAD J. DeWITTE, JR.<br>Department of Justice<br><br>*Counsel for the Defendant, The United States*<br><br>By:    /s/ Edward Johnson<br>Edward D. Johnson<br>MAYER BROWN LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real,<br>Palo Alto, California 94306<br>Telephone: (650) 331-2000<br>Email: wjohnson@mayerbrown.com<br><br>*Counsel for Third-Party Defendant,*<br>*Gemalto, Inc.*<br><br>By:    /s/ Richard L. Brophy<br>Richard L. Brophy<br>ARMSTRONG TEASDALE LLP<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis, MO 63105<br>Email: rbrophy@armstrongteasdale.com<br><br>*Counsel for Third-Party Defendant Idemia*<br>*Identity and Security USA LLC* |