# In the United States Court of Federal Claims

No. 16-1647
(Filed: 24 September 2025)
NOT FOR PUBLICATION

```
*****************************
MYNETTE TECHNOLOGIES, INC.        *
AND STEVEN M. COLBY,              *
                                  *
              Plaintiffs,         *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant,          *
                                  *
GEMALTO, INC.,                    *
                                  *
              Intervenor Defendant,*
                                  *
and                               *
                                  *
IDEMIA IDENTITY & SECURITY        *
USA, LLC,                         *
                                  *
              Intervenor Defendant.*
                                  *
*****************************
```

## ORDER

On 29 August 2025, the parties filed a Notice of Settlement and Joint Stipulation of the Entry of Judgment. Notice Of Settlement & Joint Stip. For The Entry Of Judgment ("Settlement Stip."), ECF No. 209. In the parties' Notice, "[t]o settle the Litigation, Plaintiffs, the United States, Gemalto, and Idemia stipulate[d]" to various items, including non-exclusive licenses, covenants not to sue, and lump-sum payments to plaintiff. *See id.* at 2–3. Then, on 22 September 2025, the parties moved "to order final judgment based on the express terms of the joint stipulation filed on August 29, 2025" and stated "[p]ursuant to the terms of the stipulation, the parties request the Court to enter judgment 'in the total lump sum of $5,500,000 against the United States,' with each party bearing its own costs and attorneys' fees. Joint Mot. for Order of Judgment Pursuant to Stip. (quoting Settlement Stip. ¶¶ 5, 9), ECF No. 210.

Accordingly, the Court **GRANTS** the parties' Joint Motion For Order Of Judgment Pursuant To Stipulation, ECF No. 210, and **DIRECTS** the Clerk's Office to enter judgment in

- 2 -

favor of plaintiff in the amount of a total lump sum of $5,500,000 against the United States. Pursuant to the parties' stipulation, the parties **SHALL** bear their own costs and attorneys' fees.

    **IT IS SO ORDERED.**

<u>s/ Ryan T. Holte</u>
RYAN T. HOLTE
Judge
