# In the United States Court of Federal Claims

No. 16-1647 C

Filed: September 25, 2025

```
*************************************
MYNETTE TECHNOLOGIES, INC.,          *
and STEVEN M. COLBY,                 *
          Plaintiffs,                *
                                     *           JUDGMENT
     v.                              *
                                     *
                                     *
THE UNITED STATES,                   *
          Defendant,                 *
                                     *
     and                             *
                                     *
GEMALTO, INC., et al.,               *
          Defendant-Intervenors.     *
*************************************
```

    Pursuant to the court's Order, filed September 24, 2025, granting the parties' motion for order of judgment pursuant to stipulation,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs shall recover of and from the United States a total lump sum amount of $5,500,000.00. Each party shall bear their own costs and attorneys' fees.

                                                                       Lisa L. Reyes  
                                                                       Clerk of Court

                                                            By: *Ashley Reams*  
                                                                      Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.