# United States Court of Federal Claims
### HOWARD T. MARKEY NATIONAL COURTS BUILDING
### 717 MADISON PLACE, NW
### WASHINGTON, DC 20439

OFFICE OF THE
CLERK OF COURT

October 28, 2025

Robert J. Yorio
Carr & Ferrell LLP
411 Borel Avenue; Suite 603
San Mateo, CA 94402

*In re:* **Mynette Technologies, Inc. et al. v. The United States;**
**Case No. 16-1647 C**

Dear Mr. Yorio:

I enclose herewith the 28 U.S.C. § 2517 certified transcript of judgment, dated October 28, 2025, in the above-entitled cases.

As to the procedure for obtaining payment of this judgment, please see the enclosed instruction sheet.

Sincerely,

*Lisa L. Reyes*
Lisa L. Reyes
Clerk of Court

Enclosures

cc:  *via CM/ECF only*
     Michel E. Souaya, Esquire